**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 206 WAL 2020

              Respondent            :

                               :  Petition for Allowance of Appeal
                               :  from the Order of the Superior Court

              v.                :

                               :

KURTAVIUS JERMON SMITH,     :

              Petitioner           :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.